IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DORLAND GLOBAL HEALTH COMMUNICATIONS CORPORATION | : : : | CIVIL ACTION |
| v. | : | No. 09-3937 |
| INSTITUTES FOR PHARMACEUTICAL DISCOVERY, et al. | : : | |

**ORDER**

AND NOW, this 20th day of April, 2010, defendants' "Motion to Dismiss for Improper Venue or, in the Alternative, to Transfer" (docket no. 5) is denied. A memorandum accompanies this order.

BY THE COURT:

/s/ Edmund V. Ludwig
Edmund V. Ludwig, J.